

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Santigie Fullah Kabia, Appellant

No. 06-23-00121-CR        v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 20F1413-102). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment in this case (1) to reflect that Kabia's sentence should run concurrently to his other companion cases, (2) to show that Kabia pled "not true" to the State's revocation motion, (3) to delete references to deferred adjudication community supervision, and (4) to read, "The trial court previously adjudicated guilt and assessed community supervision. Subsequently, the State filed a motion to revoke community supervision." As modified, we affirm the judgment of the trial court.

We note that the appellant, Santigie Fullah Kabia, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 6, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk